# Exhibit 1

Sep-20-2013 04:29 PM MACD 18668040532                                                                   1/3

Approved, SCAO

Original - Court (with instructions)
1st copy - Defendant (with instructions)
2nd copy - Plaintiff (with instructions)
3rd copy - Return (with proof of service)

**STATE OF MICHIGAN**
**52-4 JUDICIAL DISTRICT**

CASE NO.
13 C0 2241 SC

Court address: 520 W. Big Beaver, Troy, MI 48084
Court telephone no.: (248) 528-0400

1. Plaintiff: EDWARD HURTWITZ
   Address: 2228 ROCHESTER CT
   City, state, zip: TROY MI 48083
   Telephone no.: (248)-266-8024

2. Defendant: MERCHANTS ASSOCIATION COLLECTION
   Address: 134 S TAMPA ST
   City, state, zip: TAMPA FL 33602
   Telephone no.: (800) 226-7757

**NOTICE OF HEARING** (For Court Use Only)
The plaintiff and the defendant must be in court on:
Tuesday 10-22-13
at 2:00 pm at the court address above.
Location: Magistrate
Process server's name: Cert Mail
Fee paid: $11

3. ☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in this complaint has been previously filed in _____ Court. The case number, if known, is _____. The action ☐ remains ☐ is no longer pending.

4. I have knowledge or belief about all the facts stated in this affidavit and I am
☒ the plaintiff or his/her guardian, conservator, or next friend. ☐ a partner. ☐ a full-time employee of the plaintiff.

5. The plaintiff is ☒ an individual. ☐ a partnership. ☐ a corporation. ☐ a sole proprietor. ☐ Other _____

6. The defendant is ☐ an individual. ☐ a partnership. ☒ a corporation. ☐ a sole proprietor. ☐ Other _____

7. The date(s) the claim arose are: 2011 - 2013

8. Amount of money claimed is $ 500.00 (NOTE: Plaintiff's costs are determined by the court and awarded as appropriate. They are not part of the amount claimed.)

9. The reasons for the claim are: SEE ATTACHED

10. The plaintiff understands and accepts that the claim is limited to $3,000.00 by law and that the plaintiff gives up the rights to (a) recover more than this limit, (b) an attorney, (c) a jury trial, and (d) appeal the judge's decision.

11. I believe the defendant ☒ is ☐ is not mentally competent. I believe the defendant ☒ is ☐ is not 18 years or older.

12. ☐ I do not know whether the defendant is in the military service. ☒ The defendant is not in the military service. ☐ The defendant is in the military service.

Signature: [signed]

Subscribed and sworn to before me on _____, _____ County, Michigan.
My commission expires: _____
Signature: _____ Deputy clerk/Notary public
Notary public, State of Michigan, County of _____

The defendant(s) must be served by _____ Expiration date

DC 84 (1/12) **AFFIDAVIT AND CLAIM, Small Claims**    MCL 600.8401 et seq., MCR 4.302, MCR 4.303, 50 USC 521

DEFENDANT

Sep-20-2013 04:29 PM MACD 18668040532 2/3

September 5, 2013

To whom it may concern,

RECEIVED
SEP 1 6 2013
BY:_____

For my account (act#280430487087), the defendant (Merchants Association Collection) did not respond to my request for a verification investigation of my debt made early this year per the FCRA and FDCPA. They continued to collect on my debt. The Defendant is responsible for $500 + statutory damages per the FCRA and FDCPA. In addition they Defendant continued to call me multiple times on my work and cell phone which is a direct violation of the TCPA for robo calling. Defendant is responsible for statutory damages for each call made.

Sincerely,

Edward Hurtwitz

*Edward Hurtwitz* (signature)