UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD HURTWITZ,

    Plaintiff,

vs

                                                                      Case No: 13-14282
                                                                Honorable Victoria A. Roberts

MERCHANTS ASSOCIATION
COLLECTION DIVISION, INC.,

    Defendant.
_____/

## ORDER GRANTING MOTION TO DISMISS (DOC. #4)

On October 10, 2013, Defendant filed a Motion to Dismiss Plaintiff's Complaint.

Plaintiff failed to respond.

After review of the motion in the light most favorable to the Plaintiff, the Court

**GRANTS** Defendant's motion. Plaintiff's Complaint is dismissed.

    **IT IS ORDERED.**

                                                  S/Victoria A. Roberts
                                                  Victoria A. Roberts
                                                  United States District Judge

Dated:  November 26, 2013

---

The undersigned certifies that a copy of this document was served on the attorneys of record and Edward Hurtwitz by electronic means or U.S. Mail on November 26, 2013.

S/Linda Vertriest
Deputy Clerk