UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD HURTWITZ,

    Plaintiff,

vs                                                       Case No: 13-14282
                                                           Honorable Victoria A. Roberts

MERCHANTS ASSOCIATION
COLLECTION DIVISION, INC.,

    Defendant.
_____/

## **JUDGMENT**

    In accordance with the Order Granting Motion to Dismiss issued on November 26, 2013, judgment is entered in favor of Defendant.


                                          David Weaver
                                          Clerk of the Court

                            By:     S/Carol A. Pinegar
                                          Deputy Clerk


Approved by:

S/Victoria A. Roberts
United States District Judge


Dated: November 26, 2013